CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

November 9, 2015

Billy Wayne Williams
No. 1267302
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

RE:    05-15-01148-CR
       Billy Wayne Williams v. The State of Texas

Dear Mr. Williams:

In response to your inquiry, enclosed is a copy of the correspondence we received from the Dallas County District Clerk regarding new orders in your case.

Sincerely,

/s/    Lisa Matz, Clerk of the Court

Enclosure

ltr:mrh



## FELICIA PITRE
## DALLAS COUNTY DISTRICT CLERK

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

9/24/2015 9:17:04 AM

LISA MATZ
Clerk

September 24, 2015

The 5th Court of Appeal
ATTN: Lisa Matz
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:   **BILLY WAYNE WILLIAMS,**
     **5TH COA CAUSE No:**    **N/A**
     **Cause No:**          **F03-00824-W**

Dear Mrs. Lisa Matz:

In the above case, there was a notice of appeal filed dated **August 27, 2015,** there are no motions
are judgment filed in this case.
Sincerely,

Gary Fitzsimmons
Dallas County District Clerk



Given under my hand and seal;
By:   *Regina Taylor*
     Deputy District Clerk